JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| CARLOS MARTINEZ, | ) | |
| | ) | |
| Petitioner, | ) | No. CV 09-1846-CJC(AJW) |
| | ) | |
| v. | ) | JUDGMENT |
| | ) | |
| CAL. DEP'T. OF CORRECTIONS | ) | |
| AND REHABILITATION, | ) | |
| | ) | |
| Respondent. | ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated:  September 3, 2009

_____
Cormac J. Carney
United States District Judge